# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

April Rounds,                                                   Civil No. 13-440 MJD/AJB

        Petitioner,

v.                                                                            **ORDER**

Warden J.A. Nicklin,

        Respondent.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated May 13, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that April Rounds' Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus is **DISMISSED** with prejudice. [Docket No. 1].

Dated: June 18, 2013

                                                        s/Michael J. Davis  
                                                        Michael J. Davis  
                                                        United States District Court Chief Judge